In the matter of the application of AUGUST GOTTSMANN and MARY GREB on behalf of JOSEPH GOTTSMANN, SR., for writ of *habeas corpus.*

[Submitted October 21st, 1947.   Decided January 29th, 1948.]

*Mr. Charles Blume,* for the appellants.

*Messrs. Feld & Freitner* (*Mr. Samuel B. Feld,* of counsel), for the respondents Joseph Gottsmann, Jr., and Elsa Gottsmann.

PER CURIAM.

This appeal is from an order of the Chancellor, upon the advice of Vice-Chancellor Stein, discharging an order to show cause why a writ of *habeas corpus* should not issue and denying an application therefor.

Our examination of the record leads to the conclusion that reasonable cause was not shown.   The writ of *habeas corpus* is a writ of right when reasonable cause is shown, but not a writ of course.   *39 C. J. S., Habeas Corpus,* § 6.

The order under review is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ.   13.

*For reversal*—None.